# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149270(55)

JOHN KRUSAC, Personal Representative of the
ESTATE OF DOROTHY KRUSAC,
       Plaintiff-Appellee,

v

COVENANT MEDICAL CENTER, INC., d/b/a
COVENANT MEDICAL CENTER-HARRISON,
d/b/a COVENANT HEALTHCARE,
       Defendant-Appellant.
_____/

SC: 149270
COA: 321719
Saginaw CC: 12-015433-NH

      On order of the Chief Justice, the motion of Health Care Administrator Brenda Keeling to permit the late filing of the brief amicus curiae is GRANTED. The amicus brief submitted on January 5, 2015, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____ January 9, 2015